# United States District Court
## Violation Notice

CVB Location Code: **NF3**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6029163 | Ginter | G5673 |

6029163

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 12 April 2021 10:40 pm | 10 USC 2671 FAC 68A-15.063(1)(b)(7) |

Place of Offense
Range Road 637 North of Range Road 235
Eglin AFB

Offense Description: Factual Basis for Charge                    HAZMAT ☐
Trespassing Before/After Legal Hours

---

**DEFENDANT INFORMATION**  Phone: (850) 603-5420

| Last Name | | |
|---|---|---|
| Yambo-Schellang | Jasmine | D |

Street Address
████████████████████████████
████████████████████████████
████████████████████████████

| 4214EK | FL | 02 | Chev/Tahoe | BK |
|---|---|---|---|---|

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ **55** Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ **85** Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 09/2015)          Original - CVB Copy

---

(For issuance of an arrest warrant or summons)

I state that on **12 April**, 20**21** while exercising my duties as a law enforcement officer in the **Northern** District of **Florida**

At approximately 10:50 p.m, I was dispatched to
find a vehicle stuck in sand. The vehicle
was located approximately a half mile
north of range road 235 on range road
637. Eglin reservation closed at 9:12pm.
When I asked the owner of the vehicle
what time they got stuck he stated
"about 5 minutes before I called" Ms.
Jasmine D. Yambo was in the driver's
seat when I approached the vehicle. Ms.
Yambo did not possess a permit authorizing
her presence on Eglin after the reservation
closed.

The foregoing statement is based upon:

☒ my personal observation          my personal investigation

information supplied to me from my fellow officer's observation

other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **04/12/2021**    Philip S. Ginter
Date (mm/dd/yyyy)      Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)      U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident